UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDEEP SINGH, (A-064-022-934),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-02392 DJC AC<br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 15. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. ECF No. 18. On August 20, 2026, respondents objected to the findings and recommendations "[f]or the reasons set forth in their previous pleadings." ECF No. 19.

In accordance with the provisions of` 28 U.S.C. § 636(b)(1)(C) and Local Rule

304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.
2. Petitioner's Amended Petition for a Writ of Habeas Corpus (ECF No. 15) is GRANTED.
3. Respondents are ORDERED to:
    a. Provide petitioner with a constitutionally adequate bond hearing before an immigration judge within **fourteen (14) days** at which respondents must justify petitioner's continued detention by clear and convincing evidence.
    b. In the event petitioner is determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond, the immigration judge should consider petitioner's financial circumstances and alternative conditions of release.
4. The Clerk is directed to enter judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

sing2392.hc.2241.imm.jo